IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUSH WATSON II and GARETTA WATSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NUMBER: CV-08-414 |
| ) | |
| AMERICA'S EZ MORTGAGE, INC., ) | |
| ) | |
| DEFENDANT. ) | |

MOTION TO DISMISS DEFENDANT WITHOUT PREJUDICE

**COME NOW** the Plaintiffs, Rush Watson II and Garetta Watson, and respectfully move the court for the dismissal of Defendant, America's EZ Mortgage, Inc. without prejudice.

Executed as of the 5th day of April, 2010.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr. (UNDEE6591)
Counsel for Plaintiffs
epunderwood@gmail.com
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope AL 36532
251-990-5558 Telephone
251-990-0626 Facsimile

CERTIFICATE OF SERVICE

I hereby certify that on April 5th 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| David Whetstone | /s/ Earl P. Underwood, Jr. |
| Christina Adcock | Earl P. Underwood, Jr. |
| Adams & Reese, LLP | |
| 11 N. Water Street, Suite 23200 | |
| Mobile AL 36602 | |